# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 15-6840 |
| v. | : | |
| | : | |
| THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE CO., | : | |
| Defendants. | : | |

MCHUGH, J.                                                                                              May 19, 2017

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment (ECF #11), Plaintiff's Motion for Summary Judgment (#12), and the parties' additional submissions in consideration thereof (ECF #s 13, 14, 16, 17, 18, and 19), it is hereby ORDERED that the parties shall, consistent with the Memorandum entered this same date, submit additional briefing regarding the final monetary allocation between the parties. Supplemental briefing shall be submitted within 20 days of this order.

/s/ Gerald Austin McHugh
United States District Judge