# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED FINANCIAL CASUALTY COMPANY | : : : | |
| v. | : : | CIVIL ACTION NO. 15-6840 |
| THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY | : : : | |

## ORDER

This 1st day of August, 2017, it is hereby **ORDERED** that the Motion for Summary Judgment of United Financial Casualty Co., Is **GRANTED,** and the Motion for Summary Judgment of Princeton Excess and Surplus Lines Insurance Co. is **DENIED.**

Judgment shall be entered in favor of Plaintiff United and against Defendant Princeton in the total amount of $227,448.68.

The Clerk of Court shall mark this case closed for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge